Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50371 | **DATE** | 1/6/2005 |
| **CASE TITLE** | Rodriguez vs. Bowen | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse memorandum opinion and order, the court denies the motion to withdraw and for leave to file an amended motion to expand the record including discovery[#19].

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | 1-7-05 date docketed | 20 |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | 1-6-05 date mailed notice | |
| | Copy to judge/magistrate judge. | | |
| LC | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

# MEMORANDUM OPINION AND ORDER

Guadalupe Rodriguez, a state prisoner, filed a petition pursuant to 28 U.S.C. § 2254, to which the respondent, Edwin Bowen, filed an answer. Subsequent to his having filed his § 2254 petition, Rodriguez filed a motion for leave to expand the record and a motion for leave to file a supplement to his motion to expand the record. Respondent, in turn, filed an extensive response to the motion for leave to expand the record and the motion to file the supplement thereto. Rodriguez has now filed a motion for leave to withdraw his motion for leave to expand the record and to file a supplement thereto and to file an amended motion to expand the record including discovery.

Rodriguez has had a full and fair opportunity to seek to expand the record via his original motion for leave to do so along with the motion to file a supplemental motion to expand the record. Further, respondent has expended considerable effort in responding to the motion and supplemental motion. Under these circumstances, the court denies the motion to withdraw and for leave to file an amended motion to expand the record including discovery.

The court will, however, consider any assertions in the amended motion to expand the record as a reply to the response to the original motion for leave to expand the record and the supplement thereto to the extent such assertions do not raise new matters not raised by respondent's response.